Kathryn Tassinari, OSB# 80115
Mark Manning, OSB # 00311
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DONNA I. KING-CAMERON,            )
                                   )   Civil No. 05-6209-AA
       vs.                         )
                                   )   ORDER FOR PAYMENT OF ATTORNEY
JO ANNE B. BARNHART,               )   FEES, EXPENSES AND COSTS
Commissioner, Social Security      )   PURSUANT TO EAJA
Administration ,                   )   AND 28 U.S.C. §1920
                                   )
              Defendant.           )
_____)

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding plaintiff's attorney fees in the amount of $4,410.30, expenses in the amount of $25.00, and costs in the amount of $250.00,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $4,685.30 as full settlement of any and all claims for attorney fees and expenses under EAJA, 28 U.S.C. §2412, and costs pursuant to 28 U.S.C. §1920. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 25 day of September, 2006.

_____
U.S. District Judge

PRESENTED BY:
By:_____
   Kathryn Tassinari
   OSB #80115
   Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, EXPENSES & COSTS